**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DONALD DOYLE, | |
| Plaintiff, | Case No. 1:17-cv-09097 |
| v. | Honorable Judge Sara L. Ellis |
| SYNERGETIC COMMUNICATION, INC. a/k/a SYNERGETIC COMMUNICATIONS, INC. d/b/a SYNCOM, ALLY FINANCIAL, INC. a/k/a ALLY FINANCIAL a/k/a BLUEYIELD a/k/a BLUEHARBOR FINANCIAL a/k/a CLEARLANE FINANCIAL SERVICES, ALLY SERVICING, LLC, and ALLY BANK, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, DONALD DOYLE ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendants, SYNERGETIC COMMUNICATION, INC. a/k/a SYNERGETIC COMMUNICATIONS, INC. d/b/a SYNCOM, ALLY FINANCIAL, INC. a/k/a ALLY FINANCIAL a/k/a BLUEYIELD a/k/a BLUEHARBOR FINANCIAL a/k/a CLEARLANE FINANCIAL SERVICES, ALLY SERVICING, LLC, and ALLY BANK., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: February 19, 2018

Respectfully Submitted,

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188
osulaiman@sulaimanlaw.com